# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22−cv−05309−JLS−GJS

| | |
|---|---|
| Angeles Mijares et al v. Walmart Inc. | Date Filed: 07/29/2022 |
| Assigned to: Judge Josephine L. Staton | Date Terminated: 10/17/2022 |
| Referred to: Magistrate Judge Gail J. Standish | Jury Demand: Plaintiff |
| Related Case:  2:22−cv−03864−JLS−GJS | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Cause: 28:1332 Diversity−Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Angeles Mijares**
*individually and as Guardian Ad Litem for D. M., a minor*

represented by **Gerald Blaine Singleton**
Singleton Schreiber LLP
2945 Townsgate Road Suite 200
Westlake Village, CA 91361
805−256−1116
Email: gsingleton@singletonschreiber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. M.**
*a minor byand through his/her guardian ad litem, Angeles Mijares*

represented by **Gerald Blaine Singleton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Walmart Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2022 | Ï 1 | COMPLAINT Receipt No: ACACDC−33723989 – Fee: $402, filed by Plaintiffs Angeles Mijares. (Attorney Gerald Blaine Singleton added to party Angeles Mijares(pty:pla), Attorney Gerald Blaine Singleton added to party Angeles Mijares(pty:pla))(Singleton, Gerald) (Entered: 07/29/2022) |
| 07/29/2022 | Ï 2 | CIVIL COVER SHEET filed by Plaintiffs Angeles Mijares, Angeles Mijares. (Singleton, Gerald) (Entered: 07/29/2022) |
| 07/29/2022 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Angeles Mijares. (Singleton, Gerald) (Entered: 07/29/2022) |
| 07/29/2022 | Ï 4 | *Certification and* NOTICE of Interested Parties filed by Plaintiffs Angeles Mijares, identifying Plaintiffs and Defendant. (Singleton, Gerald) (Entered: 07/29/2022) |
| 07/29/2022 | Ï 5 | [STRICKEN BY ORDER OF THE COURT SEE DKT. 15 ] PETITION for Appointment of Angeles Mijares as Guardian ad Litem for D.M. filed by Plaintiffs Angeles Mijares. (Singleton, |

| | | |
|---|---|---|
| | | Gerald) Modified on 9/1/2022 (es). (Entered: 07/29/2022) |
| 08/01/2022 | Ï 6 | NOTICE OF ASSIGNMENT to District Judge John F. Walter and Magistrate Judge Jean P. Rosenbluth. (lh) (Entered: 08/01/2022) |
| 08/01/2022 | Ï 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 08/01/2022) |
| 08/01/2022 | Ï 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh) (Entered: 08/01/2022) |
| 08/01/2022 | Ï 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Walmart Inc. (lh) (Entered: 08/01/2022) |
| 08/01/2022 | Ï 10 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Mikal C. Watts. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 08/01/2022) |
| 08/01/2022 | Ï 11 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Alicia D. O'Neill. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 08/01/2022) |
| 08/02/2022 | Ï 12 | STANDING ORDER by Judge John F. Walter. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge John F. Walter. (iv) (Entered: 08/02/2022) |
| 08/04/2022 | Ï 13 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21–01–Related Case– filed. Related Case No: 2:22–cv–03864 JLS(GJSx). Case transferred from Magistrate Judge Jean P. Rosenbluth and Judge John F. Walter to Judge Josephine L. Staton and Magistrate Judge Gail J. Standish for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:22–cv–05309 JLS(GJSx). Signed by Judge Josephine L. Staton (rn) (Entered: 08/04/2022) |
| 08/04/2022 | Ï 14 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON (dr) (Entered: 08/04/2022) |
| 08/23/2022 | Ï 15 | MINUTES PETITION FOR APPOINTMENT OF GUARDIANAD LITEM 5 by Magistrate Judge Gail J. Standish: Pursuant to the Courts directive, the Petition seeking appointment of Angeles Mijares a Guardian ad Litem is hereby STRICKEN. Striking 5 PETITION to Appoint Guardian ad Litem. See Order for further details. (es) (Entered: 08/24/2022) |
| 08/31/2022 | Ï 16 | Amended PETITION for Appointment of Angeles Mijares as Guardian ad Litem for D.M. filed by Plaintiffs D. M., Angeles Mijares. (Singleton, Gerald) (Entered: 08/31/2022) |
| 08/31/2022 | Ï 17 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Amended PETITION for Appointment of Angeles Mijares as Guardian ad Litem for D.M. 16 . The following error(s) |

| | | |
|---|---|---|
| | | was/were found: Proposed document was not submitted or was not submitted as a separate attachment. Other error(s) with document(s): Pursuant to L.R. 52–4.1, a proposed order shall be e–filed as a separate attachment to any document seeking Court approval, or as a Notice of Lodging with the proposed order attached to the notice. L.R. 5–4.4.1 Electronic Lodging of Proposed Orders. Parties submitting proposed orders or other proposed documents that require a judges signature must comply with both this L.R. 5–4.4.1 and L.R. 5–4.4.2. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (es) (Entered: 09/01/2022) |
| 10/15/2022 | Ï 18 | PROOF OF SERVICE Executed by Plaintiff Angeles Mijares, D. M., upon Defendant Walmart Inc. served on 9/27/2022, answer due 10/18/2022. Service of the Summons and Complaint were executed upon CT CORPORATION in compliance with Federal Rules of Civil Procedure by method of service not specified.Original Summons returned. (Singleton, Gerald) (Entered: 10/15/2022) |
| 10/17/2022 | Ï 19 | Conditional Transfer Order – (CTO–1) from the United States Judicial Panel on Multidistrict Litigation, MDL 3043, transferring case to USDC, Southern District of New York for coordinated or consolidated pretrial proceedings, and with the consent of that court, assigned to Honorable Denise L. Cote. Case transferred electronically. (MD JS–6. Case Terminated.) (jp) (Entered: 10/17/2022) |